**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Sundance Energy, Inc. v. NRP Oil and Gas LLP

Appellate case number:   01-18-00340-CV

Trial court case number:  2015-47595

Trial court:                   125th District Court of Harris County

Date motion filed:         August 30, 2019

Party filing motion:        Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature: ___/s/ Julie Countiss_____
                            Acting for the Court

Panel consists of:  Justices Lloyd, Landau, and Countiss.

Date:  __September 12, 2019_____